UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SANTANA SALDIVAR LUNA, ET AL.,**<br><br>Defendants. | Case No. 14-cv-03955-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING COMPLIANCE HEARING** |

A Case Management Conference ("CMC") in the above-captioned action is scheduled for March 14, 2016 at 2 p.m. Pursuant to the Court's Standing Order in Civil Cases, a *joint* CMC statement was due on March 7, 2016. On that date, defendants filed a separate statement indicating "Defendants' counsel attempted to contact Plaintiff's counsel to propose a joint statement, including sending a draft joint statement, but no reply was received." (Dkt. No. 14 at 1.) The next day, on March 8, 2016, plaintiff filed a CMC statement that did not address this failure. (Dkt. No. 15.) Plaintiff also filed a request for telephonic appearance at the CMC in light of counsel's geographic location and other case conflicts. (Dkt. No. 16.)

The Court has reviewed the parties' joint CMC statement and the pleadings in this action and hereby **CONTINUES** the Case Management Conference to **March 28, 2016** at **2 p.m.** so that the parties can determine whether consent to a magistrate judge *of their choice and for all purposes* is warranted. The Northern District's use of magistrate judges for all purposes has been hailed as the model for the United States.

In this regard, counsel **shall personally** review each magistrate judge's profile and discuss the option with both opposing counsel and their clients. Profiles of each magistrate judge and their respective locations can be found at: http://www.cand.uscourts.gov/judges. The Court hereby **SETS** a compliance hearing on **March 25, 2016** at **9:01 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. Counsel shall confirm compliance as follows: five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) a joint stipulation to a magistrate judge for all purposes, or (2) a joint statement

verifying counsel have personally reviewed each magistrate judge's profile and have discussed the options as directed but have been unable to reach consensus. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Failure to file the required joint filing may result in sanctions. If the parties have not stipulated to a magistrate judge, the CMC will proceed before the undersigned as scheduled herein.

In light of the foregoing, the request for a telephonic appearance is **DENIED** as moot. The Court notes that a *joint* statement is due seven days in advance of each CMC pursuant to the Court's Standing Order in Civil Cases. Failure by plaintiff to cooperate in timely submitting a joint statement may result in sanctions including dismissal for failure to prosecute. Moreover, plaintiff is admonished that the Court has a strong preference for in-person attendance at these conferences and "routine inconveniences of travel do not constitute good cause" to appear telephonically. Standing Order in Civil Cases § 6.

This Order terminates Docket Number 16.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**