United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   **J & J Sports Productions, Inc.**,              Case No.  14-cv-03955-YGR

           Plaintiff,
8
                                                     **Order Requiring Proposed Form of**
9        v.                                          **Judgment**

10  **Santana Saldivar Luna, et al.**,               Re: Dkt. No. 22

           Defendants.
11

12

13         Plaintiff has accepted defendant's Federal Rule of Civil Procedure 68 offer of judgment.

14  (Dkt. No. 22.)  Thus, the Court **Orders** plaintiff to file a proposed form of judgment, approved as

15  to form by defendants, within five (5) business days from the date of this Order.

16         **It Is So Ordered.**

17  Dated: March 22, 2016

18                                                   _____
                                                     **Yvonne Gonzalez Rogers**
19                                                   **United States District Court Judge**

20

21

22

23

24

25

26

27

28